IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR14-02037-TUC-RCC(DTF) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Abelardo Niebla-Torres, | ) | |
| Defendant. | ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Ferraro (Doc. 72),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and GRANTS the Motion for Admission of Evidence Under Rule 404(b) (Doc. 37) filed by the Government and DENIES the Motion to Preclude Statements (Doc. 45) filed by the defendant.

DATED this 3rd day of March, 2015.

Raner C. Collins
Chief United States District Judge